

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

No. 08-25-00200-CV

Ashley W. Watt, Individually and as Trustee of the Ashley W. Watt 2012 Ranch Trust and Trustee of the Christina W. Watt 2012 Ranch Trust, Appellants

v.

Chevron U.S.A. Inc., Appellee

On Appeal from the 109th District Court
Crane County, Texas
Trial Court No. 22-052-DCCV-00075

## MEMORANDUM OPINION

This appeal is before the Court on the parties' joint motion to dismiss the appeal. In the motion, the parties ask that we dismiss this appeal pursuant to Texas Rule of Appellate Procedure 42.1(a)(1). Tex. R. App. P. 42.1(a)(1) (authorizing an appellate court to dismiss an appeal on the motion of the appellant). As the Court has not yet issued an opinion, we GRANT the motion and dismiss the appeal. Tex. R. App. P. 42.1(a)(1). Costs are taxed against the Appellants. Tex. R. App. P. 42.1(d).

MARIA SALAS MENDOZA, Chief Justice

February 24, 2026

Before Salas Mendoza, C.J., Palafox, and Soto, JJ.